## ATTACHMENT A

<u>DESCRIPTION OF THE PREMISES TO BE SEARCHED</u>

<u>2002 black Chevrolet Trailblazer with Maryland license plate: 523M059</u>

The 2002 Black Chevrolet Trailblazer is a four door sport utility vehicle with a Maryland license plate attached to the vehicle which reads: "523M059" and with a Vehicle Identification Number of 1GNDT13SX22492272.