**ATTACHMENT B**

<u>DESCRIPTION OF THE PREMISES TO BE SEARCHED</u>

<u>Locker #16 in Room 410A at the Bureau of Engraving and Printing Annex Building</u>

<u>at 14th and C Streets, SW, Washington D.C. 20228</u>

Locker # 16 is located in Room 410A at the Bureau of Engraving and Printing Annex Building at 14th and C Streets, SW, and the locker has a dark green colored door with the number "16" affixed to the upper quadrant of the locker door.