**ATTACHMENT C**

<u>DESCRIPTION OF ITEMS TO BE SEIZED</u>

Evidence, contraband, fruits and instrumentalities of, and relating to the theft of government property, theft of Federal Reserve Notes or theft of partially printed Federal Reserve Notes in violation of 18 U.S.C §. 641, including:

1. Any Federal Reserve Note that does not have a serial number or Treasury Seal stamped upon it.

2. Sheets of Federal Reserve Notes or sheets of partially printed Federal Reserve Notes.

3. Paper of the unique type utilized to produce currency and Federal Reserve Notes at the Bureau of Engraving and Printing.

4. Paper clippings that appear to be trimmings from a sheet of Federal Reserve Notes printed at the Bureau of Engraving and Printing.

5. Gloves of the type that are utilized by employees at the Bureau of Engraving and Printing and described in the Affidavit.

6. Items that may be used in cutting paper (scissors, paper cutters, razor blades).

7. Hats, striped short-sleeve shirts, orange polo shirts, sandals, sunglasses, and watches with leather watchbands.

8. Documents and records issued by casinos including, but not limited to, receipts, tax forms, parking tickets, and parking receipts.

9. Any $100 bill that does not contain a serial number or treasury seal.

10. Any sheet of $100 bills that do not contain serial numbers or treasury seals.