AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2002 Black Chevrolet Trailblazer
MD License Plate #

## SEARCH WARRANT

CASE NUMBER: 06 - 3 5 1 - M - 01

TO: __Karen Cottrell__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent, Karen Cottrell__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2002 Black Chevrolet Trailblazer
MD License Plate #                ee attached affidavit which is incorporated herein by reference.)

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Schedules A, C and the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before AUG 0 9 2006
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 03 2006                              at Washington, D.C.

Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer                Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>8-3-06 | DATE AND TIME WARRANT EXECUTED<br>8-3-06  1730 hrs | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Inside vehicle |
| INVENTORY MADE IN THE PRESENCE OF  Special Agent Karen Cottrell |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>See attached page (One page) |||

**FILED**

AUG 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    8-8-06
U.S. Judge or U.S. Magistrate Judge             Date

597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 58A-WF-234429

On (date) 8/3/2006   7:05 PM

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) David Faison (2002 Black Trailblazer MD-

(Street Address)

(City)

Description of Item(s):

1. 2 white + gray gloves
2. 2 casino cards
3. 1 casino card
4. Newport cigarette box w/ sm. bags + straw
5. 2 white + gray gloves
6. Newport cigarette box w/ 3 sm bags
7. 3 green bags
8. 1 white paper

Received By: SA David S Thrash (Signature)

Received From: _____ (Signature)